RICHARD CLARK ET AL. *v.* LEO J. MULCAHY ET AL.

It appearing that the plaintiffs in the above-entitled case have failed to prosecute their appeal from the Superior Court in Tolland County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the appellants' brief is field on or before November 15, 1971.

*Etalo G. Gnutti,* for the appellants (plaintiffs).

*Bernard F. McGovern, Jr.,* assistant attorney general, for the appellees (defendants).

Argued October 5—decided October 5, 1971

LOUISE G. BROWNING *v.* BERNARD M. STEERS ET AL.

The motion by the defendants to dismiss the appeal from the Superior Court in New London County is granted unless the plaintiff files her brief on or before November 1, 1971.

*Morgan K. McGuire,* for the appellees (defendants).

*Ward J. Rafferty,* for the appellant (plaintiff).